# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 97-10380
_____

## UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

## MANUEL DE LEON ESCAMILLA,
### also known as MANUEL GUSTAVO DE LEON ESCAMILLA

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
(4:96-CR-156-A-1)
_____

February 6, 1998
Before BARKSDALE, BENAVIDES, and DENNIS, Circuit Judges:

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.